# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR MATTHEWS,<br><br>    Plaintiff<br><br>  v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    Defendants | Civil Action<br><br>No. 08-2162 |

## ORDER

**AND NOW**, this 24th day of March, 2011, upon consideration of defendants'

motion for summary judgment (Docket Nos. 57 & 58), plaintiff's opposition to the

motion (Docket No. 61), it is hereby **ORDERED** that defendants' motion for summary

judgment is **GRANTED IN PART AND DENIED IN PART** in accordance with the

accompanying opinion as follows:

(1)    **DENIED** with respect to plaintiff's due process claims based on the

conduct of the disciplinary hearing, specifically his rights to produce

witnesses and to receive the assistance of an approved staff member; and

(2)    **GRANTED** with respect to all other state and federal claims raised.

                                                 /s/ Louis H. Pollak
                                                 Pollak, J.